Prob 12C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PETITION FOR WARRANT OR SUMMONS FOR**
**OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **Offender Name:** | Jose Luis HERNANDEZ-GOMEZ<br>aka Luis MARTINEZ-GRIJALVA |
| **Docket Number:** | 2:03CR00244-01 |
| **Offender Address:** | Mexico |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 09/19/2003 |
| **Original Offense:** | <u>Count 1:</u> 8 USC 1325(a)(1) - Illegal Entry by an Alien **(CLASS B MISDEMEANOR)**<br><u>Count 2:</u> 8 USC 1325(a)(1) - Illegal Entry by an Alien **(CLASS E FELONY)** |
| **Original Sentence:** | 6 months as to Count 1 and 24 months as to Count 2, to run consecutively, for a total term of 30 months; 12-month term of supervised release on Count 2; $110 special assessment |
| **Special Conditions:** | Deportation |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 07/22/2005 |
| **Assistant U.S. Attorney:** | Philip A. Ferrari       **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Linda C. Harter       **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:     Jose Luis HERNANDEZ-GOMEZ
        aka Luis Martinez Grijalva
        Docket Number: 2:03CR00244-01
        **PETITION FOR WARRANT OR SUMMONS**
        **FOR OFFENDER UNDER SUPERVISION**

---

## PETITIONING THE COURT

**(X )    TO ISSUE A WARRANT**

**( )     TO ISSUE A SUMMONS**

**( )     OTHER:**

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**          **NEW LAW VIOLATION**

On or about February 11, 2006, in Placer County, California, the defendant was arrested on a charge of Possession of a Controlled Substance (Methamphetamine) in violation of California Penal Code 11377 - Health and Safety Code.  On February 23, 2006, in Placer County Superior Court, under Case Number 62-57820, the defendant was convicted of the crime of Possession of a Controlled Substance, a misdemeanor, and sentenced to 3 years conditional probation and 30 days jail.  This conduct is alleged to be a violation of the mandatory condition of supervised release instructing the offender not to commit another federal, state, or local crime.

**Charge 2:**          **NEW LAW VIOLATION**

On or about March 2, 2006, the offender was found in the Eastern District of California with neither the Attorney General of the United States nor the Secretary of the Department of Homeland Security having expressly consented for re-application by the offender for admission into the United States, in violation of 8 USC 1326(a) and (b)(2) - Deported Alien Found in the United States.  The offender was previously deported on August 30, 2005, after he was convicted of one or more crimes punishable by a term of imprisonment exceeding 1 year.  This conduct is alleged to be a violation of the mandatory condition of supervised release instructing the offender not to commit another federal, state, or local crime.

**RE:**   Jose Luis HERNANDEZ-GOMEZ
           aka Luis Martinez Grijalva
           Docket Number: 2:03CR00244-01
           **PETITION FOR WARRANT OR SUMMONS**
           **FOR OFFENDER UNDER SUPERVISION**

**Justification:**   Hernandez-Gomez was sentenced on September 19, 2003, following his conviction on misdemeanor and felony immigration violations.  On July 22, 2005, the offender was released from federal custody to an INS detainer.  He was deported on August 30, 2005.  Within approximately 6 months of his deportation, the offender illegally returned to the United States and was arrested, convicted, and sentenced in Placer County of the crime of Possession of a Controlled Substance, a misdemeanor, as verified by the Placer County Superior Court.   The offender is in custody facing new immigration charges in the Eastern District of California, under Docket Number 2:06CR00092-01. Based on the offender's immigration status, his criminal record, and his recent conduct, a warrant is requested.

**Bail/Detention:**   Hernandez-Gomez is in custody pending disposition in the above-referenced immigration violation matter.  His criminal background includes prior acts of violence and drug-related offenses.   He is considered a danger to the community and a flight risk.  Given his current custodial status, in connection with his Indictment in this district, detention is recommended.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:   April 5, 2006
                   Sacramento, California
                   TES:rcb/sc

                                  Respectfully submitted,


                                  /s/ Terence E. Sherbondy

                              **TERENCE E. SHERBONDY**
                          **Senior United States Probation Officer**
                               Telephone: (916) 930-4304


**REVIEWED BY**:_____/s/ Karen A. Meusling_____
                   **KAREN A. MEUSLING**
                   **Supervising United States Probation Officer**

**RE:    Jose Luis HERNANDEZ-GOMEZ**
**       aka Luis Martinez Grijalva**
**       Docket Number: 2:03CR00244-01**
**       PETITION FOR WARRANT OR SUMMONS**
**       <u>FOR OFFENDER UNDER SUPERVISION</u>**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( X )   The issuance of a warrant        (  )   Bail set at $ ____     ( X )   No Bail

(  )    The issuance of a summons (copy to Defense Counsel).

(  )    Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

(  )    Defendant is ordered detained, to be brought before District Judge forthwith.

(  )    Initial appearance and detention hearing before Magistrate Judge.

Dated:  April 19, 2006


                                        <u>/s/ Garland E. Burrell, Jr.</u>
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge



cc:     United States Probation
        Philip A. Ferrari, Assistant United States Attorney
        United States Marshal Service


Attachment:  Presentence Report  (Sacramento only)

**STATEMENT OF EVIDENCE OF ALLEGED
SUPERVISED RELEASE VIOLATIONS**

Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

           RE: Jose Luis HERNANDEZ-GOMEZ
              Docket Number: 2:03CR00244-01

Your Honor:

In addition to a copy of the **Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named supervised releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:** **NEW LAW VIOLATION**

  **A.** **Evidence:**

    (1) Roseville Police Department Report Number 06-1990.

    (2) Placer County District Attorney's Property and Evidence Disposition Form including disposition of referred charges.

  **B.** **Witness:**

    (1) Placer County Superior Court clerk staff will verify the offender's conviction of Possession of a Controlled Substance on February 23, 2006, in Case Number 62-57820. The judgment and complaint have been requested.

**Charge 2:** **NEW LAW VIOLATION**

  **A.** **Evidence:**

    (1) Criminal Complaint filed in the United States District Court for the Eastern District of California under Criminal Complaint Number 2:06-MJ-0063KJM

Rev.04/2005
PROB12C.PROB(NORTHERN).MRG

RE:    Jose Luis HERNANDEZ-GOMEZ
       aka Luis Martinez Grijalva
       Docket Number:
       **STATEMENT OF EVIDENCE**

   (2)   Record of Deportable/Inadmissable Alien, Department of Justice, Immigration and Naturalization Service Form 1-213, dated March 2, 2006.

   (3)   Indictment Number 2:06CR00092-01 filed on March 9, 2006, in the United States District Court for the Eastern District of California charging a violation of 8 USC 1326(a) and (b)(2) - Deported Alien Found in the United States.

   **B.**   **Witnesses:**

   (1)   Roger Moore, Senior Special Agent of the Immigration and Custom Enforcement Division, will testify as to the discovery of the offender in the Eastern District of California on March 3, 2006, without first having secured the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States.

   Respectfully submitted,

   /s/ Terence E. Sherbondy

   **TERENCE E. SHERBONDY**
   **Senior United States Probation Officer**

**DATED:**   April 5, 2006
             Sacramento, California
             TES:rcb/sc

**REVIEWED BY**:       /s/ Karen A. Meusling
             **KAREN A. MEUSLING**
             **Supervising United States Probation Officer**

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:** Jose Luis Hernandez-Gomez      **Docket Number:** 2:03CR00244-01

**Date of original offense:** 06/01/2000 and 02/14/2003

**Original term of supervised release imposed:** 1 **year**

**Highest grade of violation alleged:**          B

**Criminal History Category of offender:**       VI

**Chapter 7 range of imprisonment:** 12 **months (statutory maximum)**

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

| | |
|---|---|
| __ | **Class A felony - 5 years (or stat max of __ years if longer).** |
| __ | **Class B felony - 3 years** |
| __ | **Class C and/or D felony - 2 years** |
| X | **Class E felony and misdemeanors: 1 year** |

**Violation requires mandatory revocation: YES:**  X   **NO:** __ .

**Original offense committed after 09/13/94:**  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:**  Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:**  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.