1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   JOSE LUIS HERNANDEZ-GOMEZ
7



8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,        )  No. CR-S-06-092 EJG
11                                   )
                    Plaintiff,       )     03-244
12                                   )
        v.                           )  STIPULATION AND [PROPOSED] ORDER
13                                   )
   JOSE LUIS HERNANDEZ-GOMEZ,        )  Date: June 9, 2006
14                                   )  Time: 10:00 A.M.
                                     )
15                                   )  Judge: Hon. Edward J. Garcia
                    Defendant.       )
16                                   )
                                     )
17 ─────────────────────────────────

18          It is hereby stipulated between the parties, Michael Beckwith,

   Assistant United States Attorney, attorney for plaintiff, and Matthew
19
   C. Bockmon, attorney for defendant JOSE LUIS HERNANDEZ-GOMEZ, as
20
   follows:
21
          It is agreed that the current Status Conference date of June 2,
22
   2006 be vacated, and that a new Status Conference date of June 9, 2006
23
   at 10:00 a.m. be set.  It is further agreed that time from the date of
24
   this stipulation to and including June 9, 2006, is excluded from
25
   computation of time within which the trial of this matter must be
26
   commenced pursuant to U.S.C. §3161(h)(8)(A)and (B)(iv) and Local Code
27
   T4.
28
   ///

1    This continuance is requested for defense preparation.

2   Dated: May 31, 2006

3                                    Respectfully submitted,

4                                    DANIEL BRODERICK
                                     Acting Federal Defender

5

6                                    _/s/ Matthew C. Bockmon_____
7                                    MATTHEW C. BOCKMON
                                     Assistant Federal Defender
8                                    Attorney for Defendant
                                     JOSE LUIS HERNANDEZ-GOMEZ
9

10  Dated:   May 31, 2006            MCGREGOR W. SCOTT
                                     United States Attorney
11
                                     /s/ Matthew C. Bockmon for
12
                                     _____
13                                   MICHAEL M. BECKWITH
                                     Assistant U.S. Attorney
14                                   per telephonic authority

15

16                      O R D E R

17
    IT IS SO ORDERED.
18
    Dated: _June 1_, 2006
19
20                                   EDWARD J. GARCIA
                                     United States District Judge
21

22

23

24

25

26

27

28

2